**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  11-cv-02448-REB-MEH

CHRISTOPHER TYRONE SALAZAR,

    Plaintiff,

v.

DENVER POLICE OFFICER CARLOS CASTILLO,
DENVER POLICE OFFICER JOHN MEHRTENS,
DENVER POLICE OFFICER WILE MORGHEM,
DENVER POLICE OFFICER SCOTT RIGGS, Individually and Severally, and
CITY AND COUNTY OF DENVER,

    Defendants.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Plaintiff's Motion To Dismiss Without Prejudice** [#12][1] filed January 13, 2012.  After reviewing the motion and the file, I conclude that the motion should be granted and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1.  That the **Plaintiff's Motion To Dismiss Without Prejudice** [#12] filed January 13, 2012, is **GRANTED**; and

2.  That this action is **DISMISSED WITHOUT PREJUDICE**.

Dated January 17, 2012, at Denver, Colorado.

                **BY THE COURT:**

                */s/ Bob Blackburn*
                Robert E. Blackburn
                United States District Judge

---

[1] "[#12]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.